# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FINCANNON FORD, INC., f/k/a )<br>FINCANNON FORD-MERCURY, INC., )<br>LINDA MUGHMAW, a/k/a )<br>LINDA FINCANNON, )<br>WORLD GLOBAL CAPITAL, LLC )<br>d/b/a FAST CASH ADVANCE, AND )<br>GREEN CAPITAL FUNDING, LLC, )<br>)<br>Defendants. ) | Case No.: 1:19-cv-502 |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, Plaintiff Ford Motor Credit Company LLC ("Ford Credit"), through its undersigned counsel, certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held.

Ford Motor Credit Company LLC (the "Company") is an indirect wholly owned subsidiary of Ford Motor Company. Ford Holdings LLC is the sole member of the Company, and Ford Holdings LLC is directly wholly-owned by Ford Motor Company. Ford Motor Company is listed on the New York Stock Exchange under the symbol "F," and has issued securities or debt securities to the public.

Dated: <u>November 26, 2019</u>

Respectfully submitted,
/s/ Harley K. Means
Harley K. Means, Atty. No. 23068-32
John J. Petr, Atty. No. 5707-49
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
(317) 692-9000 Telephone - (317) 264-6832 Fax
hmeans@kgrlaw.com - jpetr@kgrlaw.com
*Attorneys for Plaintiff*
*Ford Motor Credit Company LLC*