UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 1:19-CV-00502-HAB-SLC |
| FINCANNON FORD, INC., f/k/a FINCANNON FORD-MERCURY, INC., LINDA MUGHMAW, a/k/a LINDA FINCANNON, MATTHEW FINCANNON, and STANLEY BOURFF, | ) |
| Defendants. | ) |

**APPLICATION FOR ENTRY OF DEFAULT**

Plaintiff Ford Motor Credit Company LLC ("Ford Credit"), by and through its attorneys, requests that the Clerk of the Court make an entry of default pursuant to Federal Rule of Civil Procedure 55(a) against Defendants Matthew Fincannon ("Mr. Fincannon"), and Stanley Bourff ("Mr. Bourff"). As set forth in the Declaration of Craig A. Leslie in Support of the Application for Entry of Default, Ford Credit properly served the Second Amended Complaint on Mr. Fincannon and Mr. Bourff, and they have "failed to plead or otherwise defend" this action. Accordingly, entry of default against Mr. Fincannon and Mr. Bourff pursuant to Rule 55(a) is warranted.

Respectfully submitted,

/s/ Craig A. Leslie

Craig A. Leslie, Esq. (Pro Hac Vice)
Joanna J. Chen, Esq. (Pro Hac Vice)
PHILLIPS LYTLE LLP
One Canalside

        125 Main Street
        Buffalo, New York  14203
        Telephone No. (716) 847-8400
        Fax No. (716) 852-6100
        cleslie@phillipslytle.com
        jchen@phillipslytle.com

        Harley K. Means, Atty. No. 23068-32
        John J. Petr, Atty. No. 5707-49
        KROGER, GARDIS & REGAS, LLP
        111 Monument Circle, Suite 900
        Indianapolis, Indiana  46204-5125
        (317) 692-9000 Telephone
        (317) 264-6832 Fax
        hmeans@kgrlaw.com
        jpetr@kgrlaw.com

        *Attorneys for Plaintiff*
        *Ford Motor Credit Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, a copy of the foregoing was filed electronically and served via the Court's CM/ECF system on the following counsel of record:

J. Curtis Greene
Jonathan David Sundheimer
Barnes & Thornburg LLP
11 S Meridian St. Ste 1313
Indianapolis, IN 46204-3535
curtis.greene@btlaw.com
jsundheimer@btlaw.com
*Attorneys for Defendants Fincannon Ford Inc. f/k/a Fincannon Ford-Mercury, Inc. & Linda Mughmaw a/k/a Linda Fincannon*

I hereby certify that on September 15, 2020, a copy of the foregoing was mailed via U.S. mail to the following:

Matthew Fincannon
8897 E N 0 S (IN-18)
Marion, Indiana 46952

Stanley Bourff
2925 W. State Road 26
Hartford City, Indiana 47348

/s/ Craig A. Leslie