**UNITED STATES DISTRICT COURT**
**FOR THE USDC Northern Indiana**
**FORT WAYNE DIVISION**

Ford Motor Credit Company LLC

                Plaintiff,

v.                                 Case No.: 1:19−cv−00502−HAB−SLC

                                     Judge Holly A Brady

Fincannon Ford Inc, et al.

                Defendant.

## CLERK'S ENTRY OF DEFAULT

Default is hereby entered against defendant(s)

        Matthew Fincannon and Stanley Bourff ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date: September 16, 2020         Sincerely,

                                        ROBERT N. TRGOVICH, CLERK

                                        By: s/ Linda Higgins−Conrad
                                              Deputy Clerk