UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 1:19-CV-00502-HAB-SLC |
| FINCANNON FORD, INC., f/k/a FINCANNON FORD-MERCURY, INC., and LINDA MUGHMAW, a/k/a LINDA FINCANNON, MATTHEW FINCANNON, and STANLEY BOURFF, | ) |
| Defendants. | ) |

**STIPULATED JUDGMENT**

Plaintiff, Ford Motor Credit Company LLC ("Ford Credit"), and Defendants Fincannon Ford, Inc. f/k/a Fincannon Ford-Mercury, Inc. ("Fincannon Ford") and Linda Mughmaw a/k/a Linda Fincannon ("Ms. Mughmaw") have stipulated and agreed to the entry of judgment against Fincannon Ford and Ms. Mughmaw and in favor of Ford Credit pursuant to the Stipulation for Entry of Judgment dated August 18, 2022.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Ford Credit shall have judgment against Fincannon Ford for $0.00 and against Ms. Mughmaw for $0.00, and Fincannon Ford and Ms. Mughmaw are dismissed as Defendants in this action.

SO ORDERED this 26th day of August, 2022.

s/Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT