# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

FORD MOTOR CREDIT COMPANY LLC

    Plaintiff

    v.

Civil Action No. 1:19-cv-502

FINCANNON FORD INC, TERMED: 08/26/2022,
formerly known as Fincannon Ford-Mercury Inc, TERMED: 08/26/2022
LINDA MUGHMAW, TERMED: 08/26/2022, also known as Linda Fincannon TERMED: 08/26/2022
WORLD GLOBAL CAPITAL LLC, TERMED: 01/31/2020 doing business as Fast Cash Advance
GREEN CAPTIAL FUNDING LLC, TERMED: 01/31/2020
MATTHEW FINCANNON
STANLEY BOURFF

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

__X__ Judgment is ENTERED in favor of Plaintiff Ford Motor Credit Company LLC and against Defendants Matthew Fincannon and Stanley Bourff, jointly and severally, on the fraud claim asserted by Ford Motor Credit Company LLC in the amount of Six Hundred and Forty-Three Thousand, Three Hundred and Ninety-Four Dollars and Thirty-Nine Cents ($643,394.39).

____ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

__X__ Other: _____

This action was (*check one*):

____ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

____ tried by Judge _____ without a jury and the above decision was reached.

__X__ decided by Judge Holly A. Brady.

DATE: 3/31/2023      CHANDA J. BERTA, ACTING CLERK OF COURT

    by   s/ M. Murray _____
    *Signature of Clerk or Deputy Clerk*